Wednesday, April 13, 2011

Misc. No. 11–8022/AR.   In re Charles A. Graner, Jr., Petitioner v. Commandant, U.S. Disciplinary Barracks and the United States, Respondents.   Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus and mandamus was filed under Rule 27(a) on February 28, 2011, and placed on the docket this date.   On consideration thereof, it is ordered that said petition is hereby denied.

No. 07–0253/NA.   U.S. v. John A. Halsema.   CCA 20001337.   Appellee's motion to correct errata granted.

No. 10–0512/AR.   U.S. v. Troy D. Gaddis.   CCA 20080150.   Appellant's motion for leave to file a supplemental brief addressing new matters raised by Appellate Government Counsel in oral argument is hereby granted.

Thursday, April 14, 2011

No. 11–0282/AR.   U.S. v. Bobby D. Morrissette.   CCA 20090166.   Review granted on the following issue:

> WHETHER APPELLANT'S FIFTH AMENDMENT RIGHT AGAINST SELF–INCRIMINATION WAS VIOLATED WHEN HE WAS PROSE-CUTED FOR OFFENSES ABOUT WHICH HE HAD PROVIDED IMMU-NIZED STATEMENTS.

Briefs will be filed under Rule 25.

No. 11–0303/MC.   U.S. v. Thomas R. Lirley.   CCA 201000502.   Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

Misc. No. 11–8020/AR. Joseph C. Bozicevich, Jr., Petitioner v. Tara A. Osborn, Colonel, U.S. Army, Convening Authority, The United States Army, and the United States, Respondents. CCA 20110173. On consideration of Petitioner's petition for extraordinary relief in the nature of a writ of mandamus and his motion for a stay of the proceedings, it is ordered that said petition is hereby denied without prejudice to raising the issues presented during the normal course of appellate review should Petitioner be convicted, and said motion is denied as moot.

Friday, April 15, 2011

No. 10–0512/AR. U.S. v. Troy D. Gaddis. CCA 20080150. Appellee's motion for leave to file a response to Appellant's supplement brief granted.